COPY

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
JAN L. POCATERRA (SBN 134247)
ANGELA ZANIN-WOG (SBN 229149)
SELMAN BREITMAN, LLP
11766 Wilshire Blvd., 6th Floor
Los Angeles, CA 90025
(310) 445-0800 Ph.  (310) 473-2525 Fax

ATTORNEYS FOR: Plaintiff, TITAN INDEMNITY COMPANY

FILED 2013 MAR -6 PM 3:43 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITAN INDEMNITY COMPANY, a Texas Corporation<br><br>Plaintiff(s),<br>v.<br><br>MOSES COOPER, an individual and LATOYA COOPER, an individual<br><br>Defendant(s) | CASE NUMBER:<br>**CV13-01619-SH**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for TITAN INDEMNITY COMPANY
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

### PARTY
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Titan Indemnity Company | Plaintiff |
| Nationwide Insurance | Parent Company of Plaintiff |
| Titan Insurance Company | Affiliate Company of Plaintiff |
| Victoria Fire & Casualty Company | Affiliate Company of Plaintiff |
| Victoria Select Insurance Company | Affiliate Company of Plaintiff |
| Victoria Specialty Insurance Company | Affiliate Company of Plaintiff |
| Selman Breitman LLP | Attorneys for Plaintiff |
| THI Holdings (Delaware), Inc. | Affiliate Company of Plaintiff |

3/6/13
Date

Sign
JAN L. POCATERRA

Attorney of record for or party appearing in pro per
TITAN INDEMNITY COMPANY