UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    CV 13-1619-MWF (CWx)                    Date: **October 14, 2014**

Title:      Titan Indemnity Company v. Moses Cooper, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Kamilla Sali-Suleyman | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                          None

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: DISMISSAL FOR
                            LACK OF PROSECUTION

      Plaintiff is ordered to show cause, in writing, no later than **November 14, 2014**, why this action should not be dismissed for lack of prosecution.

      The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

  **X**    Proof of service of summons and complaint

      No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

      IT IS SO ORDERED.  The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk   kss

(Rev. 10/1/04)